UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JAN HARRIS,

      Plaintiff,

  -v-                                      No. 17 CV 6033-LTS-BCM

TD AMERITRADE INC., et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

On March 6, 2020, Plaintiff Jan Harris filed a Motion To Lift Stay and For Leave to File A First Amended Complaint. (See Docket Entry No. 103.) On March 9, 2020, Plaintiff Jan Harris filed a Motion for Immediate Possession of 2,420,000 Shares of Bancorp International Group Inc. Common Stock. (See Docket Entry No. 105.)

It is hereby ordered that Defendants need not respond to the above-referenced motions filed by Plaintiff pending the Court's initial review and further order of the Court.

      SO ORDERED.

Dated: New York, New York
       March 13, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge