```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAN HARRIS,

                Plaintiff,               17 **CIVIL** 6033 (LTS)(BCM)

     -against-                          **JUDGMENT**

TD AMERITRADE INC., et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 10, 2020, Plaintiff's motions for leave to amend her Complaint, immediate possession of her Bancorp holdings, and for a declaratory judgment are denied. Judgment is entered dismissing Plaintiff's claims against Defendants TD Ameritrade Inc., TD Ameritrade Clearing, Inc., and Scottrade Inc., without prejudice to arbitration, and the claims against Defendants Depository Trust and Clearing Corporation, Depository Trust Company, and Cede & Co. are dismissed with prejudice, in accordance with the 2018 Order; accordingly, the case is closed.

**Dated:**  New York, New York
          June 10, 2020

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                         **BY:**

                                                        **Deputy Clerk**